Dismissed and Memorandum Opinion filed January 21, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00132-CV

____________

 

SOLID INTERNATIONAL TRADING CORP. D/B/A 

SOLID INT'L INC., Appellant

 

V.

 

DELIA CARDONA, INDIVIDUALLY, AND ON BEHALF OF 

ROSA RODRIGUEZ, AN INCAPACITATED ADULT, AND SAMANTHA
RUIZ, A MINOR, MONICA DANIEL RUIZ, A MINOR, AND 

DIVIANA RUIZ, A MINOR, Appellees

 



 

On Appeal from the
270th District Court

Harris County,
Texas

Trial Court Cause
No. 2002-61884

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 3, 2008.  On January 8, 2010, the
parties filed an agreed motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

 

Panel consists of Justices Frost, Boyce, and Sullivan.